UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE FIELDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLARK E. DUCART, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-06494-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 30 |

GOOD CAUSE APPEARING, defendants' motion for an extension of time to file a reply to plaintiff's opposition to defendants' motion for summary judgment is GRANTED. Defendants shall file their reply by **September 19, 2017**.

Although defendants report that plaintiff served his opposition on August 21, 2017, no copy was filed with the court. Accordingly, plaintiff shall file his opposition with the court within **ten (10)** days of the date of this order. Plaintiff should mail all filings to:

Ronald V. Dellums Federal Building and United States Courthouse
Courtroom 2, 4th Floor
1301 Clay Street
Oakland, CA 94612

This order terminates Docket No. 30.

**IT IS SO ORDERED.**

Dated: 9/6/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge