UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE FIELDS,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK E. DUCART, et al.,<br><br>    Defendants. | Case No. 16-cv-06494-HSG (PR)<br><br>**ORDER DEEMING MOTION FOR SUMMARY JUDGMENT SUBMITTED**<br><br>Re: Dkt. No. 32 |

Plaintiff Ronnie Fields, an inmate at Pelican Bay State Prison ("PBSP"), filed this *pro se* civil rights action under 42 U.S.C. § 1983. On March 23, 2017, the Court found the complaint stated a cognizable Eighth Amendment claim for deliberate indifference to safety and ordered the action served on two defendants at PBSP. Defendants filed a motion for summary judgment on June 14, 2017. Following one extension of time, plaintiff's opposition was due by August 21, 2017. On September 6, 2017, the Court noted that plaintiff had not filed his opposition and gave him an additional ten days in which to do so. As plaintiff still has not filed an opposition, the motion for summary judgment is hereby deemed submitted, and no further briefing or exhibits may be filed without leave of Court. A decision on the motion will be issued in a separate order. Defendants' motion for an extension of time to file a reply is DENIED as moot.

This order terminates Docket No. 32.

**IT IS SO ORDERED.**

Dated: 9/26/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge