UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE FIELDS,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK E. DUCART, et al.,<br><br>    Defendants. | Case No. 16-cv-06494-HSG (PR)<br><br>**JUDGMENT** |

This action is dismissed without prejudice due to plaintiff's failure to exhaust administrative remedies before filing this action.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/8/2018

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge